IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Vida Johnson, | ) | C/A No.: 0:12-2119-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Fairfield County, South Carolina School District, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

    Plaintiff filed this action on July 27, 2012. [Entry #1]. Pursuant to the amended scheduling order entered on November 8, 2012, dispositive motions were to be filed by no later than May 17, 2013. [Entry #11]. That deadline has now expired.

    Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

    IT IS SO ORDERED.

*Shiva V. Hodges*

May 23, 2013  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge